**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TRACY COLLIER, | ) | NO. ED CV 11-1278-CBM(E) |
| Petitioner, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| S. HUBBARD, | ) | |
| Respondent. | ) | |

Petitioner filed a "Petition for Writ of Habeas Corpus by a Person in State Custody" on August 10, 2011. The Petition challenges a "restitution fine" assertedly imposed as part of the sentence in a 1992 San Bernardino Superior Court criminal case.

This Court lacks jurisdiction to entertain the Petition. A Petition challenging only a restitution fine fails to satisfy the "in custody" requirement for habeas corpus jurisdiction. See Bailey v. Hill, 599 F.3d 976 (9th Cir. 2010). Therefore, the Petition must be denied and dismissed without prejudice.

///

1        Even if this Court had habeas jurisdiction over the present
2   Petition, the result would be the same, because the petition is
3   "second or successive," within the meaning of 28 U.S.C. section
4   2244(b).  Petitioner previously challenged the same 1992 San
5   Bernardino Superior Court judgment in a prior habeas corpus petition
6   filed in this Court.  See Collier v. Prunty, CV 96-0248-AAH(E).  On
7   May 17, 1996, this Court entered Judgment in Collier v. Prunty, CV 96-
8   0248-AAH(E), denying and dismissing the prior petition with prejudice.
9   The basis for this denial and dismissal was a procedural default by
10  Petitioner.  Section 2244(b) requires that a petitioner seeking to
11  file a "second or successive" habeas petition  first obtain
12  authorization from the court of appeals.  See Burton v. Stewart, 549
13  U.S. 147, 157 (2007); Barapind v. Reno, 225 F.3d 1100, 1111 (9th Cir.
14  2000).  "[A] denial on grounds of procedural default constitutes a
15  disposition on the merits and thus renders a subsequent § 2254
16  petition or § 2255 motion 'second or successive' for purposes of the
17  AEDPA."  Henderson v. Lampert, 396 F.3d 1049, 1053 (9th Cir.), cert.
18  denied, 546 U.S. 884 (2005); accord McNabb v. Yates, 576 F.3d 1028,
19  1029 (9th Cir. 2009).  A petition need not be repetitive to be "second
20  or successive," within the meaning of 28 U.S.C. section 2244(b).  See,
21  e.g., Calbert v. Marshall, 2008 WL 649798, at *2-4 (C.D. Cal. Mar. 6,
22  2008); Miles v. Mendoza-Powers, 2007 WL 4523987, at *2-3 (E.D. Cal.
23  Dec. 19, 2007).   Petitioner evidently has not yet obtained
24  authorization from the Ninth Circuit Court of Appeals.  Consequently,
25  even if this Court had habeas corpus jurisdiction, the Court could not
26  ///
27  ///
28  ///

1 | entertain the present Petition.  See <u>Burton v. Stewart</u>, 549 U.S. at
2 | 157.
3 |
4 |     For all of the foregoing reasons, the Petition is denied and
5 | dismissed without prejudice.
6 |
7 |     LET JUDGMENT BE ENTERED ACCORDINGLY.
8 |
9 |         DATED: November 3, 2011.
10 |
11 |                         [signature]
12 |                    _____
13 |                         CONSUELO B. MARSHALL
                           UNITED STATES DISTRICT JUDGE
14 |
15 |
16 |
17 | PRESENTED this 16th day of
18 | August, 2011, by:
19 |
20 |         /S/
         CHARLES F. EICK
21 | UNITED STATES MAGISTRATE JUDGE
22 |
23 |
24 |
25 |
26 |
27 |
28 |

3