**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TRACY COLLIER, | ) | NO. ED CV 11-1278-CBM(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| S. HUBBARD, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: November 3, 2011.

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE